IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BALDWIN a/k/a YAHYA ABDUL LATIF, and HASHAR MASJID AL, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 12-743 |
| v. | : : | |
| LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP, and CITY of PHILADELPHIA, | : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of August 2012, upon consideration of the Motions to Dismiss filed by the two Defendants: Linebarger Goggan Blair & Sampson, LLP ("Linebarger") (Doc. No. 11) and the City of Philadelphia (Doc. No. 25), Plaintiffs' Response in Opposition to the Linebarger's Motion to Dismiss (Doc. No. 19), the supplemental Memorandum in Support of its Motion filed by Linebarger (Doc. No. 24), and the arguments made by the parties at the July 3, 2012 hearing, it is **ORDERED** as follows:

1. The Motions to Dismiss (Doc. Nos. 11 and 25) are **GRANTED**. The Complaint is **DISMISSED** for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

2. Any pending motions are **DENIED as MOOT**.

3. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky. J.
JOEL H. SLOMSKY, J.